### Ex Parte Mary Woodroe.

No. 3752.  Decided March 20, 1907.

**Habeas Corpus—Pauper's Affidavit—Fine—Imprisonment.**

Where upon habeas corpus proceedings the record showed that relator's fine and costs had been served out by her in jail since filing her pauper's affidavit, she was entitled to a discharge.

From Rockwall County.

Original application for release from a commitment for a fine and costs under pauper's affidavit.

The opinion states the case.

No brief for relator on file.

*F. J. McCord,* Assistant Attorney-General, for respondent.

BROOKS, JUDGE.—This is an original application granted by this court to relator. The facts show relator was convicted, and her fine and cost aggregated the sum of $72.42. The undisputed evidence shows that relator has remained in jail for the space of twenty-six days since the filing of her affidavit in forma pauperis as required by law. This, under the statute of this State, entitles appellant to release from further custody by the sheriff, who holds her in Rockwall County. It is, therefore, so ordered.

*Discharged.*